JH

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMUEL KURZEJA, ) | |
| ) | |
| Plaintiff, ) | No. 06 CV 6917 |
| v. ) | |
| ) | Judge Ronald A. Guzman |
| DIGI-FLICKS INTERNATIONAL, INC., ) | |
| et al., ) | Magistrate Judge Mason |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to the attached stipulation under Fed. R. Civ. P. 41(a)(2) of all parties of record in the captioned action, the settlement of all plaintiff's claims against all defendants, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

1. All plaintiff's claims against all defendants in this action are dismissed with prejudice.

2. Each party of record shall bear its own attorneys' fees and costs.

Dated: March 7, 2007

Ronald A. Guzman
United States District Court Judge